JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAREN KARAPETYAN, | No. 2:25-cv-9544-JAK-E |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: March 30, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Proposed Judgment                                    1